UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   HUGH LANE BORDEAUX                                   CASE NO. 20-10179
   721 VAN HOOK ROAD                                     JUDGE BENJAMIN A. KAHN
   REIDSVILLE, NC  27320

      DEBTOR

SSN(1) XXX-XX-8807                                             DATE:  10/22/2020

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE<br>P O BOX 30285<br>SALT LAKE CITY, UT  84130-0285 | $0.00<br>INT:  .00%<br>NAME ID:  61940<br>CLAIM #:  0004 | (U) UNSECURED<br>NOT FILED<br>ACCT:  0946<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $4,983.47<br>INT:  .00%<br>NAME ID:  174688<br>CLAIM #:  0005 | (U) UNSECURED<br><br>ACCT:  1951<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID:  123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:  8807<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $2,211.78<br>INT:  .00%<br>NAME ID:  43307<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT:  1597<br>COMMENT: |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $3,983.35<br>INT:  .00%<br>NAME ID:  67831<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT:  5280<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:  8807<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT:  .00%<br>NAME ID:  877<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$11,178.60** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $2,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/22/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice